# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Linda L. Poole,

       Plaintiff,                            Civil No. 09-3517 (RHK/AJB)

vs.                                     **DISQUALIFICATION AND**
                                           **ORDER FOR REASSIGNMENT**

Pfizer, Inc., et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 10, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge